**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHAMEA BRIGGS**, | |
| Plaintiff, | |
| v. | Civil Action No. 14-cv-1254 (TSC) |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA**, | |
| Defendant. | |

<u>**ORDER AND FINAL JUDGMENT**</u>

On December 20, 2014, the magistrate judge's report and recommendation ("Report")

was entered and the parties were allowed therein fourteen (14) days in which to file objections to

the recommendations made by the magistrate judge.  On January 2, 2015, Plaintiff filed

objections[1] to the Report and on January 15, 2015, Defendant filed a response to Plaintiff's

objections.

Plaintiff identified three clerical errors in the spreadsheet appended to the Report

containing the computation of total attorney's fees awarded (the "Spreadsheet").  Three entries

(each a "Blank Entry") in the "hourly rate allowed" column on the Spreadsheet, which itemized

the time and fees allowed, were left blank, resulting in $0.00 appearing in the "Total Allowed"

column for each of those three entries.  It is clear both from the text of Magistrate Judge

Facciola's report and from the fact that the spreadsheet contains values for each Blank Entry in

the "Hours Allowed" column that Magistrate Judge Facciola's recommendation is to award

attorney's fees for those entries.  Defendant does not oppose Plaintiff's objection to the extent

---

[1] Plaintiff styled the objections as a motion pursuant to Fed. R. Civ. P. 60 directed to Magistrate Judge Facciola.  In accordance with Fed. R. Civ. P. 72 and LCvR 72.2, the Court will construe the motion as an objection to the Report.

the Court left those entries blank in error.  After careful consideration of the record in this case, the magistrate judge's report and recommendation and objections thereto, the court hereby MODIFIES the report of the magistrate judge as follows[2]:

- First Blank Entry (Spreadsheet at 3), for "Correspondence to F. Raskins, Hearing Officer and J. Douds, Esq. DCPS re: Identification of witnesses for due process hearing," the total allowed shall be adjusted to $113.63.

- Second Blank Entry (Spreadsheet at 6), for "Phone consult with T. Christenson, MD re: Availability to conduct independent psychiatric evaluation per recommendation of DCPS," the total allowed shall be adjusted to $75.75.

- Final Blank Entry (Spreadsheet at 6), for "Review and respond to 2nd correspondence from D. Jacobstein, Ph.D. re: Availability to conduct independent evaluation per Hearing Officer Determination," the total allowed shall be adjusted to $113.63.

- The subtotal of attorney's fees (Spreadsheet at 14) shall be adjusted to 20,834.34.

- The conclusion of the Report (Report at 14) shall be adjusted to reflect the following award of attorney's fees and costs:

  Attorney's Fees: $20,834.34

  Costs: $100.44

  Total: $20,934.78.

A revised spreadsheet is attached to this Order.  The court ACCEPTS as MODIFIED the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Summary and

---

[2] For each of the blank entries, the hourly rate allowed shall be $378.75.  The Hourly Rate Claimed for each of the blank entries shall be $505.00.  Report at 5.

Defendant's Cross-Motion for Summary Judgment are hereby granted in part and denied in part.

Plaintiff is awarded the following:

Attorney's Fees: $20,834.34

Costs: $100.44

Total: $20,934.78.

This award of fees and costs is a final appealable order. *See* FED. R. APP. P. 4(a).  The Court retains jurisdiction over this matter for the purpose of enforcing the directives set forth in this order and resolving any disputes or other matters related thereto.


SO ORDERED.
April 2, 2015


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 10/16/2012 | Phone consult with D. Jacobstein, Ph.D. re: Need for evaluations and IEP | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review report from psychoeducational evaluation from Georgetown University Center for Child Development | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Review correspondence from D. Jacobstein, P.D. re: Case issues and need for IEP | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 10/17/2012 | Phone consult with S. Briggs, parent re: School/case issues and need for evaluations | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to S. Briggs, parent re: Case issues | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |
| 11/27/2012 | Phone consult with D. Jacobstein, Ph.D. re: Case issues/need for evaluations | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 11/28/2012 | Phone consult with S. Briggs, parent re: School issues | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 11/29/2012 | Meeting with S. Briggs, parent re: Case issues, need for evaluations and consent to file Due Process Complaint Notice | EJ | 1.1 | 1.1 | $505.00 | $378.75 | | $416.63 |
| | Initial case file review | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Draft Due Process Complaint Notice | EJ | 2.2 | 2.2 | $505.00 | $378.75 | | $833.25 |
| | Travel to meeting with S. Briggs, parent re: Due Process Complaint | EJ | 1.5 | 1.5 | $505.00 | $189.38 | | $284.07 |
| 11/30/2012 | Draft records request to Walker Jones E.C. | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Draft and finalize Due Process Complaint Notice | EJ | 2.3 | 2.3 | $505.00 | $378.75 | | $871.13 |
| | Phone consult with S. Briggs, parent re: Case issues and Due Process Complaint | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 12/11/2012 | Review DCPS' Answer to Due Process Complaint | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Review Notice of Hearing Officer Appointment from Student Hearing Office | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Review Initial Case Order from F. Raskins, Hearing Officer | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from F. Raskins, Hearing Officer re:  Case timelines | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to S. Briggs, parent re:  Case status | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| 12/14/2012 | Phone consult with S. Briggs, parent re:  Case issues | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 12/17/2013 | Correspondence to F. Raskins, Hearing Officer re: Case status | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review additional educational records from Walker Jones EC | EJ | 0.8 | 0.8 | $505.00 | $378.75 | | $303.00 |
| | Review correspondence from F. Raskins, Hearing Officer re:  Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to J. Douds, Esq., DCPS re: Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from J. Douds, Esq. DCPS re: Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to F. Raskins, Hearing Officer re: Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review 2nd correspondence from F. Raskins, Hearing Officer re:  Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/1/2013 | Review and respond to correspondence from F. Raskins, Hearing Officer re:  Prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review Order re:  Prehearing conference from F. Raskins, Hearing Officer | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| 1/3/2013 | Review file to prepare for prehearing conference | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Correspondence to F. Raskins, Hearing Officer re: Case status with additional documentation | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Attend prehearing conference via phone | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Phone consult with S. Briggs, parent re:  Hearing date/issues | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to S. Briggs, parent re:  Hearing date/issues | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Correspondence to J. Douds, DCPS re:  Missing educational records | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review additional educational records from J. Douds, Esq. DCPS | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| 1/4/2013 | Correspondence to F. Raskins, Hearing Officer re: Witness availability | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from F. Raskins, Hearing Officer re:  Scheduling of witnesses | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to 2nd correspondence from F. Raskins, Hearing Officer re: Scheduling of witnesses for hearing | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review correspondence from K. Marcus, DCPS CCM re: Settlement proposal | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/7/2013 | Correspondence to D. Jacobstein, Ph.D. expert witness re:  Hearing preparation | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review correspondence from F. Raskins, Hearing Officer and J. Douds, Esq. DCPS re: Availability of witnesses for hearing | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to F. Raskins, Hearing Officer and J. Douds, Esq. DCPS re:  Identification of witnesses for due process hearing | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Review and respond to 2nd correspondence from F. Raskins, Hearing Officer re:  Testimony of witnesses at hearing | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to correspondence from D. Jacobstein, Ph.D. expert witness re:  Hearing preparation | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence and settlement proposal from K. Marcus, DCPS CCM | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| 1/8/2013 | Review and respond to correspondence from F. Raskins, Hearing Officer re:  Need for 2nd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Attend 2nd prehearing conference with F. Raskins, Hearing Officer via phone | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review settlement proposal from K. Marcus, DCPS CCM | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review Prehearing Order from F. Raskins, Hearing Officer | EJ | 0.6 | 0.6 | $505.00 | $378.75 | | $227.25 |
| | Phone consult with S. Briggs, parent re: Settlement agreement | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 1/10/2013 | Review Prehearing Order from F. Raskins, Hearing Officer | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Correspondence to F. Raskins, Hearing Officer re: Errors in Prehearing Order | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review file to prepare for phone conference with D. Jacobstein, Ph.D. expert witness | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Phone conference with D. Jacobstein, Ph.D. expert witness re:  Hearing preparation | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Phone conference with S. Briggs, parent re: Rejection of settlement proposal | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review and respond to correspondence from F. Raskins, Hearing Officer re:  Corrections to prehearing Order | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/11/2013 | Review and respond to correspondence from F. Raskins, Hearing Officer re:  Need for 3rd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from J. Douds, Esq. re: 3rd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/13/2013 | Review correspondence from F. Raskins, Hearing Officer re: 3rd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/14/2013 | Review and respond to correspondence from F. Raskins, Hearing Officer re: 3rd prehearing conference | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review Prehearing Conference Order from F. Raskins, Hearing Officer re:  3rd prehearing conference | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Attend prehearing conference via phone | EJ | 0.6 | 0.6 | $505.00 | $378.75 | | $227.25 |
| | Review and respond to correspondence from J. Douds, Esq. re:  Settlement proposal | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Phone consult with J. Douds, Esq. re:  Settlement proposal | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 1/16/2013 | Draft and finalize hearing disclosure materials with exhibits | EJ | 1.3 | 1.3 | $505.00 | $378.75 | | $492.38 |
| 1/17/2013 | Review amended prehearing Order from F. Raskins Hearing Officer | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review hearing disclosure materials from J. Douds, Esq. DCPS | EJ | 1 | 1 | $505.00 | $378.75 | | $378.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Correspondence (hearing exhibits) to D. Jacobstein, Ph.D. expert witness | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 1/22/2013 | Draft and finalize Petitioner's Objections to Respondent's exhibits and witnesses | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |
| | Review and respond to correspondence from D. Jacobstein, Ph.D. expert witness re: Hearing preparation | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/23/2013 | Correspondence to D. Jacobstein, Ph.D. expert witness re: Hearing preparation and hearing materials | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Prepare for hearing | EJ | 1.2 | 1.2 | $505.00 | $378.75 | | $454.50 |
| | Phone consult with S. Briggs, parent re: hearing preparation | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 1/24/2014 | Prepare for hearing-witness questions | EJ | 1.1 | 1.1 | $505.00 | $378.75 | | $416.63 |
| | Prehearing meeting with S. Briggs, parent re: Hearing preparation | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |
| | Attend hearing | EJ | 2.2 | 2.2 | $505.00 | $378.75 | | $833.25 |
| | Post hearing meeting with S. Briggs, parent | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Travel to/from hearing at Student Hearing Office for due process hearing | EJ | 2 | 2 | $505.00 | $189.38 | | $378.76 |
| | Review correspondence from F. Raskins, Hearing Officer re: Effect of bad weather on hearing start time | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to correspondence from D. Jacobstein, Ph.D. expert witness re: Hearing outcome | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Phone consult with T. Christenson, MD re: Availability to conduct independent psychiatric evaluation per recommendation of DCPS | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Review and respond to 2nd correspondence from D. Jacobstein, Ph.D. re:  Availability to conduct independent evaluation per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Correspondence to K. Conaboy, re:  Availability to conduct independent occupational therapy and speech and language evaluations per Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to M. Zimmitti, Ph.D. re: Availability to conduct independent psychological evaluation per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review and respond to correspondence from K. Conaboy re:  Availability to conduct independent occupational therapy and speech and language evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 1/25/2013 | Review Hearing Officer Determination from F. Raskins, Hearing Officer | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to S. Briggs, parent re:  Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to M. Zimmitti, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to K. Conaboy, re:  Independent occupational therapy and speech and language evaluations per Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 2/6/2013 | Review and respond to correspondence from J. Kovac Ph.D. re:  Independent psychological testing per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Review and respond to correspondence from J. Kovac Ph.D. re:  Independent psychological testing per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 2/7/2013 | Review and respond to correspondence from K. Conaboy, therapist re:  Independent speech and language evaluation and occupational therapy evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to 2nd correspondence from K. Conaboy, therapist re:  Independent speech and language evaluation and occupational therapy evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 2/13/2013 | Review and respond to correspondence from J. Kovack, Ph.D. re:  Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 2/19/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re:  Status of independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review report from DCPS functional behavioral assessment | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to S. Briggs, parent re:  Report from functional behavioral assessment | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 2/20/2013 | Review and respond to correspondence from J. Kovack, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 3/4/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re: Independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review reorts from independent occupational therapy evaluation and speech/language evaluation per Hearing Officer Determination | EJ | 0.7 | 0.7 | $505.00 | $378.75 | | $265.13 |
| | Correspondence to S. Briggs, parent re: Report from occupational therapy evaluation and speech/language evaluation per Hearing Officer Determination | EJ | 0.5 | 0.5 | $505.00 | $378.75 | | $189.38 |
| 3/8/2013 | Phone consult with S. Briggs, parent re: Case status/reports from independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 3/12/2013 | Correspondence to A. Bowden, DCPS CCM re: Reports from occupational therapy evaluation and speech and language evaluation per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| | Correspondence to J. Kovac, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 4/8/2013 | Review and respond to correspondence from A. Karty, DCPS re: Reports from independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 4/12/2013 | Correspondence to J. Kovac, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Phone consult with S. Briggs, parent re:  Case status | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from J. Kovac, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 4/26/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re:  Status of evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 4/29/2013 | Review report from psychological evaluation per Hearing Officer Determination | EJ | 0.4 | 0.4 | $505.00 | $378.75 | | $151.50 |
| | Correspondence to S. Briggs, parent re:  Report from psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review correspondence from J. Kovac, Ph.D. re: Independent psychological evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 5/17/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re:  Reports from independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Phone consult with S. Briggs, parent re:  Reports from independent evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 5/22/2013 | Phone consult with S. Briggs, parent re:  Report from psychological evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Correspondence to A. Bowden, DCPS CCM re: Report from psychological evaluation per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Correspondence to D. Jacobstein, Ph.D. re: Referral for psychiatric evaluations per Hearing Officer Determination | EJ | 0.3 | 0.3 | $505.00 | $378.75 | | $113.63 |
| 5/23/2013 | Review correspondence from D. Jacobstein, Ph.D. re: Availability of psychiatrist to conduct independent evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Phone consult with S. Briggs, parent re: Independent psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| | Review and respond to correspondence from A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $505.00 | $378.75 | | $75.75 |
| 6/3/2013 | Phone consult with S. Briggs, parent re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Correspondence to and review correspondence from A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 6/4/2013 | Phone consult with Ms. Briggs, parent re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Review and respond to correspondence from A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Review and respond to 2nd correspondence from A. Bowden, DCPS CCM re: IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 6/5/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re:  Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 6/7/2013 | Correspondence to A. Bowden, DCPS CCM re:  IEP meeting per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 6/19/2013 | Correspondence to S. Briggs, parent re:  Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 7/1/2013 | Review and respond to correspondence from A. Bowden, DCPS CCM re:  Questions regarding independent evaluations ordered in Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 7/11/2013 | Review and respond to correspondence from A. Bowden, DCPS, CCM re:  Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 7/23/2013 | Review 2nd correspondence from D. Jacobstein, Ph.D. re:  Availability of doctor to conduct psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Review and respond to correspondence from D. Jacobstein, Ph.D. re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Phone consult with Ms. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 8/27/2013 | Phone consult with Ms. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Review and respond to correspondence from A. Bowden, DCPS, CCM re:  Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 9/4/2013 | Phone consult with Ms. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 9/16/2013 | Review and respond to correspondence from S. Briggs, parent re:  Psychiatric evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 10/7/2013 | Review and respond to correspondence from A. Bowden, DCPS re: IEP meeting/evaluations per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 10/22/2013 | Correspondence to S. Briggs, parent re:  Psychiatric evaluation | EJ | 0.3 | 0.3 | $510.00 | $382.50 | | $114.75 |
| 10/23/2013 | Phone consult with S. Briggs, parent re:  Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 10/29/2013 | Correspondence to A. Bowden, DCPS re:  Need for IEP meeting and DCPS to schedule the psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 11/15/2013 | Phone conference with S. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Review correspondence from A. Bowden, DCPS CCM re:  Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Correspondence to A. Bowden, DCPS CCM re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 11/18/13 | Phone consult with S. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | 2nd phone conference: S. Briggs, parent re: Psychiatric evaluatin per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 11/19/2013 | Review correspondence from A. Bowden, DCPS CCM re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| | Phone consult with S. Briggs, parent re: Psychiatric evaluation per Hearing Officer Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 2/5/2014 | Phone consult, S. Briggs, parent re: Status of psychiatric evaluation per Hearing Officer's Determination and unresolved school issues from hearing | EJ | 0.3 | 0.3 | $510.00 | $382.50 | | $114.75 |
| | Review and respond to correspondence from A. Bowden, DCPS CCM re: need for IEP meeting per Hearing Officer's Determination | EJ | 0.2 | 0.2 | $510.00 | $382.50 | | $76.50 |
| 5/17/2014 | Prepare petition for attorney's fees and costs (Paralegal) | MW | 1 | 1 | $145.00 | $145.00 | | $145.00 |
| 5/22/2014 | Review petition for attorneys fees | EJ | 0.8 | 0.8 | $510.00 | $382.50 | | $306.00 |
| | Phone consult: S. Briggs, parent re: Resolution of case issues per Hearing Officer's Determination | EJ | 0.3 | 0.3 | $510.00 | $382.50 | | $114.75 |
| | Case closure letter to S. Briggs, parent | EJ | 0.3 | 0.3 | $510.00 | $382.50 | | $114.75 |
| | SUBTOTAL | | | | | | | $20,834.53 |
| | Fax (28 pages @ .15 per page) | | | | | | $4.20 | |
| | Mileage (44 @ .565 per mile) | | | | | | $24.86 | |
| | Postage | | | | | | $11.58 | |
| | Parking to attend Hearing | | | | | | $10.00 | |

14

Briggs v. DC 14-1254

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| | Copies (332 @ .15 per page) | | | | | | $49.80 | |
| | SUBTOTAL | | | | | | $100.44 | |